AE

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Patricia A Winksfield_
(Please print)

STREET ADDRESS: _11211 South King Drive_

CITY/STATE/ZIP: _Chicago IL 60628_

PHONE NUMBER: _773 - 392- 1661_

CASE NUMBER: _____
## 07CV6371
## JUDGE BUCKLO
## MAG.JUDGE NOLAN

_Patricia Winksfield_                         11/09/07
                    SignatureDate

**FILED**

NOV 0 9 2007
NOV 09 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT