## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6371 | **DATE** | 11/19/2007 |
| **CASE TITLE** | Winkfield vs. A& R Janitorial | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for proceed in forma pauperis is granted. The Clerk of the Court is directed to issue summons forthwith and the U.S. Marshal is directed to serve defendant with process. Plaintiff's motion for appointment of counsel is denied. Status hearing set for 2/8/08 at 10:00 a.m. at which time plaintiff must appear or the case will be dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|

Case 1:07-cv-06371    Document 5    Filed 11/19/2007    Page 1 of 1

07C6371 Winkfield vs. A& R Janitorial     Page 1 of 1