UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Patricia A. Winkfield

07CV6371
JUDGE BUCKLO
MAG. JUDGE NOLAN

v.

Defendant(s) A+R Janitorial Ser. Inc.

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Patricia A. Winkfield__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: __I have call several place to try to get a attorney and they said they didn't handle this type of case.__

**FILED**
NOV 09 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__/s/ Patricia Winkfield__   __11211 South King Drive__
Movant's Signature                  Street Address

__Nov 9, 2007__   __Chicago IL 60628__
Date                City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐