## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. WINKFIELD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  07 CV 6371 |
| | ) | |
| A & R JANITORIAL SERVICE, INC. | ) | Judge Bucklo |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To:    Ms. Patricia Winkfield
      11211 South King Drive
      Chicago, IL 60628

    **PLEASE TAKE NOTICE,** that we shall cause to have filed on this 28th day of December, 2007 with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **Answer to Complaint**, a copy of which is attached hereto.

                      Respectfully submitted,
                      **A & R Janitorial Service, Inc**.


                      By:___/s/Peter Andjelkovich_____
                          Attorney for Defendant

Peter Andjelkovich, Esq.
Bradley Wartman, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

**CERTIFICATE OF SERVICE**

I, Bradley Wartman, an attorney on oath, hereby certify that a copy of the above and forgoing **Defendant's Answer to Complaint** was served upon the party listed below  by depositing a copy of same in the United States postal chute located at 39 South LaSalle Street, Chicago, Illinois, properly addressed, full postage, prepaid thereon this 28th  day of December, 2007, at or before the hour of 5:00 p.m.

Ms. Patricia Winkfield
11211 South King Drive
Chicago, IL 60628

By:    /s/Bradley Wartman
        Bradley Wartman