**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Patricia Winkfield

                                            Plaintiff,

v.                                                              Case No.: 1:07−cv−06371
                                                                Honorable Elaine E. Bucklo

A & R Janitorial Ser. Inc

                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2008:

        MINUTE entry before Judge Elaine E. Bucklo :Status hearing held on 2/8/2008.
plaintiff failed to appear in court. Status hearing set for 2/20/2008 at 09:30 AM. at which
time plaintiff must appear or the case will be dismissed. By the next status,defendant shall
submit legal authority to substantiate affirmative defense that findings by IDHR are
entitled to collateral estoppel in this case, or the defense will be stricken.Mailed
notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.