**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Patricia Winkfield
                      Plaintiff,

v.                                          Case No.: 1:07−cv−06371
                                                  Honorable Elaine E. Bucklo

A & R Janitorial Ser. Inc
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Status hearing held on 2/20/2008. Status hearing set for 6/13/2008 at 09:30 AM. By agreement, defendant's affirmative defense that findings by IDHR are entitiled to collaterel estoppel in this case is stricken. This case is referred to Judge Nolan for all pretrial motions, supervision of discovery and setttlement conference.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.