UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Patricia Winkfield
        Plaintiff,

v.                 Case No.: 1:07−cv−06371
                Honorable Elaine E. Bucklo

A & R Janitorial Ser. Inc
        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Nan R. Nolan for the purpose of holding proceedings related to: All discovery motions, discovery supervision and settlement conference.(mpj, )Mailed notice.

Dated: February 20, 2008

                        /s/ Elaine E. Bucklo

                       United States District Judge