IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. WINKFIELD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 CV 6371 |
| vs. | ) | |
| | ) | Judge Bucklo |
| A & R JANITORIAL SERVICE, INC. | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

## INITIAL STATUS REPORT

NOW COMES Defendant, A & R Janitorial Service, Inc. ("A & R"), by and through its attorneys, Peter Andjelkovich & Associates, and for its initial status report, states as follows:

**Summary of Claims in Pleadings**.

Plaintiff, proceeding *pro se*, has pending a claim for race and national origin discrimination. No counterclaim or third-party claim has been filed by A & R.

**Relief Sought**.

Plaintiff's complaint seeks injunctive and monetary relief. Plaintiff has not provided A & R an itemization of her damages.

**Referred Matter**.

Judge Bucklo referred this proceeding to the Magistrate Judge for the purpose of holding proceedings relating discovery motions, discovery supervision, and settlement conferences. No discovery cut-off date has been set. The district judge left to the discretion of the magistrate judge the option of completing and serving Rule 26(a) disclosures.

Defendant anticipates serving written interrogatories and request for production, taking Plaintiff's deposition, and seeking third party discovery relating to Plaintiff's mitigation efforts

and her medical leave prior to her termination. Plaintiff is proceeding *pro se* and has not indicated to A & R her anticipated discovery.

The parties have not yet agreed to consent to having the matter tried before the magistrate judge. No settlement discussions have taken place between the parties.

Respectfully submitted,<br>
**A & R Janitorial Service, Inc**.

By:   /s/Bradley Wartman
      One of its attorneys.

Peter Andjelkovich
Bradley Wartman
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345