IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. WINKFIELD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  07 CV 6371 |
| vs. | ) | |
| | ) | Judge Bucklo |
| A & R JANITORIAL SERVICE, INC. | ) | |
| | ) | Magistrate Judge Nolan |
| Defendant. | ) | |

**NOTICE OF FILING**

To:   Ms. Patricia Winkfield
      11211 South King Drive
      Chicago, IL 60628

**PLEASE TAKE NOTICE,** that we shall cause to have filed on this 3rd day of March, 2008 with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **INITIAL STATUS REPORT**, a copy of which is attached hereto.

                              Respectfully submitted,
                              **A & R Janitorial Service, Inc**.


                              By:   /s/Bradley Wartman
                                    Attorney for Defendant

Peter Andjelkovich, Esq.
Bradley Wartman, Esq.
Peter Andjelkovich & Associates
39 South LaSalle Street, Suite 200
Chicago, IL 60603
312/782-8345

## CERTIFICATE OF SERVICE

      I, Bradley Wartman, an attorney on oath, hereby certify that a copy of the above and forgoing **INITIAL STATUS REPORT** was served upon the party listed below by depositing a copy of same in the United States postal chute located at 39 South LaSalle Street, Chicago, Illinois, properly addressed, full postage, prepaid thereon this 3rd day of March, 2008, at or before the hour of 5:00 p.m.

Ms. Patricia Winkfield
11211 South King Drive
Chicago, IL 60628


          By:   /s/Bradley Wartman
                Bradley Wartman