IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA A. WINKFIELD, | ) |
| Plaintiff(s), | ) ) ) |
| v. | ) ) Case No. 07CV6371 |
| A & R JANITORIAL SER. INC. | ) ) |
| Defendant(s). | ) |

## LIMITED APPOINTMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby appoints the herein named attorney to represent the pro se party solely for the limited purpose of assisting the pro se party in connection with a settlement conference in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. On notice to the Court, appointed counsel may seek to end the representation of the pro se party upon completion of the settlement conference.

Name of Appointed Counsel: Maritoni D. Kane

Law Firm: Mayer Brown, LLP

Street Address: 71 S. Wacker Drive

Suite Number:

City, State & Zip Code: Chicago, IL 60606-4637

Telephone Number: 312-782-0600

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: March 31, 2008

_Patricia Winkfield_
Pro Se Party

**ENTER:**

Dated: 04-2-2008,

_____
Judge