# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# LIMITED ATTORNEY APPEARANCE FORM AS
# SETTLEMENT ASSISTANCE PROGRAM COUNSEL

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:    07CV6371

PATRICIA A. WINKFIELD,
    Plaintiff,
 v.
A & R JANITORIAL SER. INC.
    Defendant.

A LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED

AS SETTLEMENT ASSISTANCE PROGRAM COUNSEL FOR

(In the space below, enter the name of the party or parties being represented)

  PATRICIA A. WINKFIELD

| | |
|---|---|
| NAME (Type or print)<br> Maritoni D. Kane | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Maritoni D. Kane | |
| FIRM<br> MAYER BROWN LLP | |
| STREET ADDRESS<br> 71 S. Wacker Drive | |
| CITY/STATE/ZIP<br> Chicago, IL 60606 | |
| ID NUMBER<br> 06215962 | TELEPHONE NUMBER<br> 312-782-0600 |
| E-MAIL ADDRESS<br> courtnotification@mayerbrown.com | |