UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patricia Winkfield
                        Plaintiff,

v.                                      Case No.: 1:07−cv−06371
                                          Honorable Elaine E. Bucklo

A & R Janitorial Ser. Inc
                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

       MINUTE entry before the Honorable Nan R. Nolan:On the Court's own motion, Settlement Conference set for 6/12/2008 is amended to begin at 10:30 AM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.