**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Patricia Winkfield

                                   Plaintiff,

v.                                                          Case No.: 1:07−cv−06371
                                                            Honorable Elaine E. Bucklo

A & R Janitorial Ser. Inc

                                   Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

        MINUTE entry before the Honorable Nan R. Nolan:Settlement conference held on 6/12/2008. Agreement reached. Parties directed to file stipulated dismissal order within thirty (30) days with the District Judge. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Judge Honorable Nan R. Nolan no longer referred to the case.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.