UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Patricia Winkfield
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06371
                                                      Honorable Elaine E. Bucklo

A & R Janitorial Ser. Inc
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Parties having advised the court that the case is settled, this action is dismissed with prejudice and without costs and fees to either party. Civil case terminated. Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.